CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 27 2012

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRY WOODS, | Civil Action No. 7:12-cv-00033 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| WARDEN, ZYCH, *et al.*, | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Woods's petition for writ of habeas corpus pursuant to § 2241 is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket.

Further, finding that Woods has failed to make the requisite showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.

The clerk is **DIRECTED** to send petitioner a certified copy of this Order and the accompanying Memorandum Opinion.

**Enter**: January 27, 2012.

UNITED STATES DISTRICT JUDGE